**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| LaRon Young, | ) |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Burleigh Morton Detention Center, et al., | ) Case No. 1:19-cv-039 |
| | ) |
| Defendants. | ) |

On February 11, 2020, the court issued an order in which it, among other things, granted defendants' joint Motion to Stay. (Doc. No. 42). On April 30, 2020, defendant Burleigh Morton Detention Center filed a Motion to Reopen Case. It avers that plaintiff's parallel state proceedings that necessitated the stay of this matter have been resolved and that this matter may therefore proceed. More than fourteen days have passed since the motion was filed and plaintiff has yet to file a response. See D.N.D. Civ. L.R. 7.1(F) ("An adverse party's failure to serve and file a response to a motion may be deemed an admission that the motion is well taken.").

For good cause shown, the court **GRANTS** the motion (Doc. No. 43) and lifts the stay.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2020.

>  */s/ Clare Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court